UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-178-GWU

APRIL SPURLOCK,                                                                              PLAINTIFF,

VS.                                             **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                          DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

    In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

    IT IS HEREBY ORDERED that:

    (1)    the Defendant's motion for summary judgment is GRANTED;

    (2)    the Plaintiff's motion for summary judgment is DENIED; and

    (3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

    This the 19th day of August, 2009.



**Signed By:**

_G. Wix Unthank_

**United States Senior Judge**